UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL GARNICA-MELGOZA,<br><br>              Plaintiff,<br>   v.<br><br>LUCY BURKE, et al.,<br><br>             Defendants. | Case No. 2:21-cv-01544-RAJ-TLF<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's complaint is DISMISSED without prejudice for failure to comply with a court order or to prosecute this case. This dismissal shall count as a "strike" pursuant to 28 U.S.C. § 1915(g); and

(3)    Plaintiff's motion to proceed *in forma pauperis* (Dkt. 3) is DENIED as moot.

Dated this the 4th day of May, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1